UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-9-J-20JRK

GRETCHEN MICHELE CAMP

**NOTICE OF A RELATED ACTION**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a related case which concerns issues of law and facts, arising from the same mail fraud and wire fraud scheme, nearly identical to those of the above-captioned case.

That case is *United States v. Richard Everett Camp, Jr.*, Case No. 3:20-cr-95-J-39MCR, which has been assigned to United States District Judge Brian Davis.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Bonnie Glober*
      BONNIE GLOBER
      Assistant United States Attorney
      Florida Bar No. 0748307
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Facsimile:  (904) 301-6310
      E-mail:  Bonnie.Glober@usdoj.gov

U.S. v. GRETCHEN MICHELE CAMP        Case No. 3:21-cr-9-J-20JRK

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Elizabeth White, Esq. and Bryan DeMaggio, Esq.


        */s/ Bonnie Glober*
        BONNIE GLOBER
        Assistant United States Attorney