UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-9-BJD-JRK

GRETCHEN MICHELE CAMP

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Gretchen Michele Camp, provided truthful and timely information to the United States which resulted in one of her co-conspirators pleading guilty.

The United States believes that, because of her efforts on behalf of the United States, Gretchen Michele Camp should receive a two-level reduction in her offense level for her assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                  Respectfully submitted,

                                  KARIN HOPPMANN
                                  Acting United States Attorney

By:   */s/ Bonnie Glober*
       BONNIE GLOBER
       Assistant United States Attorney
       Florida Bar No. 0748307
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail: Bonnie.Glober@usdoj.gov

U.S. v. GRETCHEN MICHELE CAMP  Case No. 3:21-cr-9-BJD-JRK

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bryan E. DeMaggio, Esq.

Irish Anderson, U.S. Probation Officer

*/s/ Bonnie Glober*
BONNIE GLOBER
Assistant United States Attorney