UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Case No.:   3:21-cr-9-BJD-JRK

GRETCHEN MICHELE CAMP,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

    Defendant, Gretchen Camp, by and through undersigned counsel, and pursuant to Local Rule 3.01(a), respectfully moves this Honorable Court for permission to exceed the twenty-five (25) page limit for Defendant's Sentencing Memorandum and in support thereof, states as follows:

    1.    On February 3, 2021, the Government filed a two-count Information against Defendant, Gretchen Camp. *See* (Doc. 1).

    2.    The two-count Information charged Defendant with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343 and one count of conspiracy to commit mail fraud in violation of 18 U.S.C. § 1341. *Id.*

    3.    On February 18, 2021, this Court accepted Defendant's plea of guilty and adjudicated Defendant guilty of one count of conspiracy to commit wire fraud and one count of conspiracy to commit mail fraud. *See* (Doc. 25).

4. Sentencing is set for May 20, 2021 at 9:00 a.m. (Doc. 26).

5. Defendant is limited to twenty-five pages for the Sentencing Memorandum. *See* Rule 3.01(a).

6. Defendant's background and the events of the conspiracy are very voluminous. In order to fully detail Defendant's life and reasons for sentencing, undersigned must go into great detail.

7. Accordingly, Defendant seeks leave of Court to file her Sentencing Memorandum that exceeds twenty-five (25) pages.

8. Undersigned counsel has conferred with Bonnie Glober, Esquire, counsel for the Government, who advised the Government <u>does not oppose</u> the relief sought herein.

WHEREFORE, Defendant respectfully moves this Honorable Court for leave to exceed this Court's page limitation in filing her Sentencing Memorandum in the captioned matter.

## **MEMORANDUM OF LAW**

This Court has the authority to grant the relief requested. Local Rule 3.01 imposes a 25-page limit on motions and a 20-page limit on motion responses. Defendant has demonstrated good cause for the relief requested in the above motion, which is also unopposed. Accordingly, this Court should grant the relief requested

and allow Defendant to file a sentencing memorandum in excess of twenty-five (25) pages.

                Respectfully submitted,

                /s/ Wm. J. Sheppard
                Wm. J. Sheppard, Esquire
                Florida Bar No.: 109154
                Elizabeth L. White, Esquire
                Florida Bar No.: 314560
                Matthew R. Kachergus, Esquire
                Florida Bar No.: 503282
                Bryan E. DeMaggio, Esquire
                Florida Bar No.: 55712
                Jesse B. Wilkison, Esquire
                Florida Bar No.: 118505
                Camille E. Sheppard, Esquire
                Florida Bar No.: 124518
                Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
                215 Washington Street
                Jacksonville, Florida 32202
                Telephone:  (904) 356-9661
                Facsimile:  (904) 356-9667
                Email:  sheplaw@sheppardwhite.com
                COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2021, a copy of the foregoing was sent to the following via CM/ECF:

> Bonnie A. Glober, Esquire
> Assistant United States Attorney
> 300 N. Hogan Street, Suite 700
> Jacksonville, Florida 32202
> Bonnie.Glober@USDOJ.Gov

_____
ATTORNEY

BED/js  [Camp.Gretchen.Mot.Exceed.Page.Limit]