UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:21-cr-9-BJD-JRK

GRETCHEN MICHELE CAMP
_____/

## NOTICE OF HEARING

**TAKE NOTICE** this case is hereby set for **SENTENCING on Thursday, June 17, 2021 at 2:00 p.m.,** before the undersigned in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE** and **ORDERED** in Jacksonville, Florida this 2nd day of June, 2021.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:
Asst. U.S. Attorney (Glober)
Asst. U.S. Attorney (Talbot)
Elizabeth L. White, Esq.
Bryan E. DeMaggio, Esq.
U.S. Probation
U.S. Marshal