UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GRETCHEN MICHELE CAMP | CASE NO. 3:21-cr-9-BJD-JRK |
| Counsel for Government:<br>Bonnie Glober<br>Frank Talbot<br>Mai Tran | Counsel for Defendant:<br>Elizabeth White<br>Bryan DeMaggio |

**HONORABLE BRIAN J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton       Court Reporter: Shelli Kozachenko
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

PROCEEDINGS OF:   CONTINUATION OF SENTENCING

Sentencing continued from May 20, 2021

Plea previously accepted.

Defendant adjudged guilty on Count(s) **One and Two of the Information.**

Imprisonment: **FORTY-TWO (42) MONTHS, this term consists of a FORTY-TWO (42) MONTH term as to Counts One and Two of the Information, all such terms to run concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at FCI Coleman.

Supervised Release: **THREE (3) YEARS, this term consists of a THREE (3) YEAR term as to Counts One and Two of the Information, all such terms to run concurrently.**

Special conditions of supervised release:
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval from the Probation Officer.
- Defendant shall provide the probation officer access to any requested financial information.

- Defendant shall refrain from engaging in any employment in the finance/accounting industry.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- The mandatory drug testing requirements of the Violent Crime Control Act are suspended.

Special Assessment: __$200.00__ to be paid immediately.

Restitution: **$5,699,043.01, jointly and severally with Richard Everett Camp in Docket No. 3:20-cr-95(S1)-BJD-MCR**

United States' Unopposed Motion for Entry of Order of Forfeiture and Preliminary Order of Forfeiture for Specific Assets (Doc. 28) is **GRANTED.**

Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Doc. 30) is **GRANTED.**

Defendant's Motion for Downward Departure Pursuant to §5K2.12 (Coercion and Duress) (Doc. 36) is **DENIED.**

Defendant advised of right to appeal and to counsel on appeal.

Defendant may voluntarily surrender at the institution designated by the Bureau of Prisons.

Date: June 17, 2021
Time: 2:05 p.m. – 2:23 p.m.
Total: 18 Minutes

2