UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:21-cr-9-BJD-JRK

GRETCHEN MICHELE CAMP

**ORDER OF FORFEITURE AND PRELIMINARY
ORDER OF FORFEITURE FOR SPECIFIC ASSETS**

The defendant pleaded guilty to Counts One and Two of the Information which charged her with conspiracy to commit wire fraud and mail fraud, in violation of 18 U.S.C. § 1349. The United States has established that the defendant obtained at least $5,699,043.01, of which $2,047,975.98 represents the amount of proceeds the defendant obtained from the conspiracy to commit wire fraud and $3,651,067.03 represents the amount of proceeds the defendant obtained from the conspiracy to commit mail fraud, and that the following real properties were purchased or funded with proceeds of the offenses:

    a.    Real property located at 76437 Timber Creek Boulevard, Yulee, Nassau County, Florida 32097-0658, including all improvements thereon and appurtenances thereto, more particularly described as:

ALL THAT CERTAIN LAND SITUATE IN NASSAU COUNTY, FLORIDA, VIZ:

LOT 125 OF TIMBER CREEK PLANTATION PHASE TWO, ACCORDING TO THE PLAT THEREOF AS RECORDED

IN PLAT BOOK 7, PAGE(S) 165 THROUGH 168, OF THE PUBLIC RECORDS OF NASSAU COUNTY

Parcel No. 11-2N-26-2051-0125-0000;

b. Real property located at 27488 Highway 129 South, Metter, Candler County, Georgia 30439, including all improvements thereon and appurtenances thereto, more particularly described as:

ALL THAT CERTAIN LAND SITUTATE IN CANDLER COUNTY, GEORGIA, VIZ:

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE 1685TH G.M. DISTRICT OF CANDLER COUNTY, GEORGIA, CONTAINING 447.33 ACRES, MORE OR LESS, TOGETHER WITH ALL IMPROVEMENTS THEREON, DESIGNATED AS "PARCEL 1B" AS SHOWN ON THAT CERTAIN PLAT SURVEY DATED DECEMBER 31, 1998, PREPARED BY GEORGE WILLIAM DONALDSON, REGISTERED SURVEYOR, WHICH PLAT IS RECORDED IN PLAT BOOK 8, PAGE 85 IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF CANDLER COUNTY, GEORGIA AND WHICH PLAT OF SURVEY IS BE EXPRESS REFERENCE INCORPORATED HEREIN FOR DESCRIPTIVE AND ALL OTHER PRUPOSES.

SAID PROPERTY IS BOUNDED, NOW OR FORMERLY, ACCORDING TO THE AFOREMENTIONED PLAT AS FOLLOWS: ON THE NORTH BY LANDS OF MARY SUE HENDRIX AND R. E. HENDRIX; ON THE EAST BY THE RUN OF FIFTEEN MILE CREEK; ON THE SOUTH AND SOUTHWEST BY THE CANOOCHEE RIVER AND LANDS OF LUCY HOLLOWAY AND LINDA H. ENGLISH AND BY LANDS OF J. T. HOLLOWAY; AND WESTERLY BY THE RIGHT OF WAY OF GEORGIA STATE HIGHWAY #129.

THIS IS THE SAME PROPERTY AS CONVEYED BY WARRANTY DEED DATED SEPTEMBER, 2005 FROM RICHARD BROOKS JONES AND PAMELA S. JONES TO SAVANNAH CAPITAL, LLC, RECORDED IN DEED BOOK 220, PAGE 624 IN THE OFFICE OF THE CLERK OF SUPERIOR COURT OF CANDLER COUNTY, GEORGIA.

>
> LESS AND EXCEPT ANY PORTION OF THE ABOVE-DESCRIBED PROPERTY WITHIN THE RIGHT OF WAY OF GEORGIA STATE HIGHWAY #129.
>
> Parcel No. 047012001; and

c. Real property located at 3240 S. Fletcher Avenue, Unit 445, Fernandina Beach, Nassau County, Florida 32034, including all improvements thereon and appurtenances thereto, more particularly described as:

> ALL THAT CERTAIN LAND SITUATE IN NASSAU COUNTY, FLORIDA, VIZ:
>
> CONDOMINIUM UNIT NO. 45, OF AMELIA BY THE SEA, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM DATED JUNE 28, 1973 AND RECORDED IN OFFICIAL RECORDS BOOK 148, PAGE 542, OF THE PUBLIC RECORDS OF NASSAU COUNTY, FLORIDA, AS AMENDED IN OFFICIAL RECORDS BOOK 195, PAGE 130, OFFICIAL RECORDS VOLUME 628, PAGE 1122, AND OFFICIAL RECORDS BOOK 685, PAGE 1288, OF THE AFORESAID PUBLIC RECORDS TOGETHER WITH ALL OF ITS APPURTENANCES ACCORDING TO THE DECLARATION
>
> Parcel No. 00-00-31-1010-0045-0000

(real properties).

The United States moves under to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), for entry of an order of forfeiture in the amount of at least $5,699,043.01, as well as a Preliminary Order of Forfeiture for the real properties.

Accordingly, the motion, Doc. 28, is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $5,699,043.01, which is final as to the

defendant. The United States will not forfeit more than $5,699,043.01 from the defendant and her co-conspirator, Richard Everett Camp, Jr.

In addition, the real properties were purchased or funded with proceeds of the conspiracies to commit wire fraud and mail fraud, and are **FORFEITED** to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), for disposition according to law. The Preliminary Order of Forfeiture is final as to the defendant.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds, other than the funds identified above, upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $5,699,043.01 order of forfeiture.

The net proceeds from the forfeiture and sale of any specific assets will be credited to and reduce the amount the United States shall be entitled to forfeit as substitute assets, pursuant to 21 U.S.C. § 853(p).

The Court retains jurisdiction to address any third party interest that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the order of forfeiture.

DONE and ORDERED in Chambers in Jacksonville, Florida, this 22nd day of June, 2021.

_____
BRIAN J. DAVIS
United States District Judge

CC: Counsel of Record